IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TURNER,

     Plaintiff,                       No. 2:09-cv-3445 GEB KJN P

     vs.

WILLIAM G. DOUGLAS, et al.,

     Defendants.                <u>ORDER FOR PAYMENT</u>

                                /        <u>OF INMATE FILING FEE</u>

To: The Sheriff of Yolo County, Attention: Inmate Trust Account, 41793 Gibson Road, Woodland, California 95776:

        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of: (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account

1

1 | each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is
2 | paid in full.  28 U.S.C. § 1915(b)(2).

3 |      Good cause appearing therefore, IT IS HEREBY ORDERED that:

4 |      1 The Sheriff of Yolo County or designee shall collect from plaintiff's prison trust
5 | account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as
6 | set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall
7 | be clearly identified by the name and number assigned to this action.

8 |      2.  Thereafter, the Sheriff of Yolo County or a designee shall collect from
9 | plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an
10 | amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's
11 | trust account and forward payments to the Clerk of the Court each time the amount in the account
12 | exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this
13 | action has been paid in full.  The payments shall be clearly identified by the name and number
14 | assigned to this action.

15 |      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of
16 | plaintiff's signed in forma pauperis affidavit on Sheriff of Yolo County, Attention:  Inmate Trust
17 | Account, 41793 Gibson Road, Woodland, California 95776.

18 |      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial
19 | Department of the court.
20 | DATED: March 11, 2010

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2