IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TURNER,

        Plaintiff,                No. 2:09-cv-3445 GEB KJN P

    vs.

WILLIAM G. DOUGLAS, et al.,
        Defendants.        <u>ORDER</u>

                             /

        Plaintiff is a county jail inmate proceeding without counsel and in forma pauperis with an action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was screened and dismissed with leave to file an amended complaint on March 12, 2010. It appears that plaintiff filed his March 15, 2010 motion, before he received notice that the court screened his complaint.

        Plaintiff's motion seeks service of the complaint on defendants. However, as the complaint was dismissed with leave to amend, plaintiff's motion is denied and the court will wait for plaintiff's amended complaint.

////

////

////

////

1

1  IT IS HEREBY ORDERED that plaintiff's March 15, 2010 motion (Dkt. No. 14)
2  is denied.
3  DATED: March 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

turn3445.ord

2