IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TURNER,

        Plaintiff,                    No. 2:09-cv-3445 GEB KJN P

   vs.

WILLIAM G. DOUGLAS, et al.,

        Defendants.             <u>ORDER</u>

_____/

       By order filed March 12, 2010, plaintiff was directed to file an amended complaint, along with a completed notice of submission of documents. Instead, plaintiff filed a notice of appeal. On May 21, 2010, plaintiff's appeal was dismissed for lack of jurisdiction. Accordingly, plaintiff will be granted a brief extension of time in which to comply with the March 12, 2010 order. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

       IT IS HEREBY ORDERED that plaintiff shall file an amended complaint, along with the completed notice of submission of documents, within twenty-one days from the date of this order. Plaintiff's filings must comply with this court's March 12, 2010 order. Failure to

////

////

1 comply with this order will result in a recommendation that this action be dismissed.

2 DATED: May 24, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

turn3445.eot