1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANTHONY TURNER,

11            Plaintiff,                        No. 2:09-cv-3445 GEB KJN P

12        vs.

13    WILLIAM G. DOUGLAS, et al.,

14            Defendants.                 FINDINGS & RECOMMENDATIONS

15    _____/

16            By order filed March 12, 2010, plaintiff's complaint was dismissed and plaintiff

17    was granted thirty days leave to file an amended complaint.  On May 25, 2010, plaintiff was

18    granted an additional twenty-one days in which to file an amended complaint.  That period has

19    now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

20    court's order.

21            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22    without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23            These findings and recommendations are submitted to the United States District

24    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

25    one days after being served with these findings and recommendations, plaintiff may file written

26    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

                                            1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED:  July 6, 2010

5

6

7   _____
    KENDALL J. NEWMAN

8   UNITED STATES MAGISTRATE JUDGE

9   turn3445.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2