1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R. TURNER,

11          Plaintiff,                      No. 2:09-cv-3445 GEB KJN P

12       vs.

13   WILLIAM G. DOUGLAS, et al.,

14          Defendants.               ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On October 8, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations filed October 8, 2010, are adopted in full;

3 and

4    2. For the reasons stated in the September 2, 2010 order, the following claims

5 contained in the amended complaint are dismissed: 1) defendants Jencks, Nurse Lilly, Lisa,

6 Genine, Carolynn and Celly Chan allegedly withheld and obstructed plaintiff's grievances; 2)

7 defendant Jencks allegedly failed to provide plaintiff with a copy of his medical records; 3)

8 defendant Nurse Lilly allegedly prescribed Motrin; 4) during booking, plaintiff allegedly told

9 defendant Tony that he had been in a car accident; and 5) all claims against defendants DeSilva,

10 Owens and Prieto.

11 Dated:  November 10, 2010

12

13 _____
GARLAND E. BURRELL, JR.
14 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26